# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JONATHAN COULON,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**CITY OF COOPERTOWN and** )<br>**DANNY CROSBY, individually,** )<br>)<br>    **Defendants.** ) | **No. 3:07-0590**<br>**JURY DEMAND**<br>**JUDGE TRAUGER** |

## AFFIDAVIT

STATE OF TENNESSEE   )
                                          )
COUNTY OF DAVIDSON   )

Appeared before me the Affiant Jonathan Coulon, after having been duly sworn according to law and under penalty of perjury and states that the following information is true to the best of his knowledge, information and belief.

1. My name is Jonathan Coulon. On July 20, 2006, Jack Long told me I was terminated. He would not tell me who terminated me, other than it was the City of Coopertown.

2. Jack Long would not tell me why I was terminated, other than it was because of the at will employee policy of Coopertown.

3. Chief *Eddie Bernard told me Danny Crosby* terminated me. I am surprised that Jack Long is now claiming after all this time that he terminated me. He should have told me that when I asked him.

Further the Affiant sayeth not.

                                                                                     Jonathan Coulon

Sworn to and subscribed before me this ____ day of _____, 2007.

                                                                                      Notary Public

My commission expires: _____

                                                                                   Respectfully submitted,

                                                                              /s/ Phillip L. Davidson  
                                                                              Phillip L. Davidson, #6466  
                                                                              2400 Crestmoor Road  
                                                                              Suite 107  
                                                                              Nashville, Tennessee 37215  
                                                                              (615) 386-7115

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was served electronically to Hon. Robyn Beale Williams, Farrar & Bates, LLP, 211 Seventh Avenue No., Suite 500, Nashville, TN 37219, on this the ____ day of _____, 2007.

                                                                              /s/ Phillip L. Davidson  
                                                                              Phillip L. Davidson