## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN COULON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. 3:07-0590** |
| | ) | **JURY DEMAND** |
| CITY OF COOPERTOWN and | ) | **JUDGE TRAUGER** |
| DANNY CROSBY, individually, | ) | |
| | ) | |
|     Defendants. | ) | |

## MOTION TO SUBSTITUTE PARTY AND DISMISS IMPROPER PARTY

Comes the Plaintiff pursuant to Fed. R. Civ. Pro. Rule 15(c)(3) and request that this Honorable Court allow him to substitute a party, namely, Jack Long, Jr., and dismiss another named party, Danny Crosby.

For grounds the Plaintiff would rely upon the facts set forth in his original motion to amend (Docket Entry No. 7) and Mr. Coulon's affidavit supporting that motion (Docket Entry No. 15).

Respectfully submitted,

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

1

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served electronically to Hon. Robyn Beale Williams, Farrar & Bates, LLP, 211 Seventh Avenue No., Suite 500, Nashville, TN 37219, on this the _____ day of _____, 2007.

/s/ Phillip L. Davidson
Phillip L. Davidson